```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
STGG Realty LLC,                         :
                                         :
                        Plaintiff,       :     20cv1433 (DLC)
             -v-                         :
                                         :           ORDER
Jaguar Land Rover North America LLC,     :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on May 1, 2020, it is hereby

ORDERED that the parties shall submit a status letter by **May 15, 2020**. If a resolution of the case is not forthcoming at that time, the parties may set forth their positions concerning a schedule for discovery.

Dated:   New York, New York
         May 1, 2020

```
                    _____
                            DENISE COTE
                    United States District Judge
```