```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STGG Realty LLC,                         :     20cv1433 (DLC)
                                         :
                        Plaintiff,       :     ORDER OF
            -v-                          :     DISCONTINUANCE
                                         :
Jaguar Land Rover North America LLC,     :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 13, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 11, 2020

                                        _____
                                        DENISE COTE
                                        United States District Judge